# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF INDIANA

**Gabriel Del Real Torres**  )
　　　*Plaintiff*　　　　　　　 )
　　　v.　　　　　　　　　　　 )　　Civil Action No.　3:11-CV-35
**Bremen Castings Inc**　　　　 )
*an Indiana Corporation*　　　　 )
　　　*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED**l
Case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge　Rudy Lozano　on a motion for　Summary Judgment.

Date:　Sep 28, 2012　　　　　　　*CLERK OF COURT*

　　　　　　　　　　　　　　　　　　　　　/s/ Marijana Ciric, Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*